NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PFS PROPERTIES, LLC,                          )
                                              )
            Appellant,                        )
                                              )
v.                                            )          Case No. 2D17-1509
                                              )
WELLS FARGO BANK, N.A., et al.,               )
                                              )
            Appellee.                         )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Michael P. Fuino of Weidner Law, P.A., St.
Petersburg, for Appellant.

Benjamin B. Brown of Quarles & Brady,
LLP, Naples, Co-Counsel for Appellee,
and Jacqueline F. Kuyk and Michael A.
Cohn of Awerbach Cohn, Clearwater, Co-
Counsel for Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.